

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00858-CV

Raymond **GONZALES**,
Appellant

v.

**DONALDSON VILLA APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 381824
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. No costs of appeal are taxed against appellant.

SIGNED December 4, 2013.

_____
Karen Angelini, Justice